ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JASON LANG BELCHER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIACOM, INC.; VIACOM )<br>MEDICAL PLAN; VIACOM )<br>RETIREMENT COMMITTEE; AND )<br>UNITEDHEALTHCARE )<br>SERVICES, LLC )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:11-cv-0214 |

## MOTION TO WAIVE REQUIREMENT TO ATTEND CASE MANAGEMENT, ELECTRONIC CASE FILING SYSTEM CLASS

1. I have been a licensed, practicing attorney in Alabama since 1992. I am admitted to practice in all courts and jurisdictions in Alabama.

2. I was admitted to practice law in the state of Tennessee on March 4, 2010, TN BPR # 028639.

3. I was admitted Pro Hac Vice in the above-styled action on May 3, 2011.

4. I was sworn in to the United States District Court for the Middle District of Tennessee on May 10, 2011.

1154433.1